Petition for Writ of Mandamus
Denied and Memorandum Opinion filed April 28, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

NO. 14-10-00375-CV

__________

 

IN RE VANESSA LYNN HOSKIN, Relator

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M  O P I N I O N

            On April 28, 2010, relator, Vanessa Lynn Hoskin, filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code Ann. §
22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asks this court to compel the Honorable Donald Ritter, visiting of the 308th
District Court of Harris County, to set aside his April 28, 2010 order on
motion for instanter drug screening.

            The trial court has informed the clerk of this court that the
subject specimens have been taken.  Accordingly, we deny relator’s petition for
writ of mandamus and request for emergency relief as moot. 

                                                                        PER
CURIAM

Panel
consists of Justices Yates, Seymore, and Boyce.